UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER LEE WRIGHT,

    PLAINTIFF,

-vs-                                                    Case No. 1:15-cv-00189-WTH-GRJ

LAURA MARTIN,

    DEFENDANT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 13, 2017. (Doc. 91). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff was granted an extension of time to file objections, Doc. 93, but Plaintiff failed to file any objections. Instead, Plaintiff filed a second motion to extend, which the Court has considered, without a hearing, and finds that the motion is due to be denied.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 91, is adopted and incorporated by reference in this order.

2.     Plaintiff's Motion for Extension, Doc. 96, is **DENIED**.

3. The clerk is directed to enter the following judgment: "Defendant's Motion for Summary Judgment, Doc. 54, is **GRANTED**."

4. The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 13th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE